IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES DALTON BELL,

        Petitioner,               Civ. No. 11-978-CL

    v.                             **ORDER**

J.E. THOMAS,

        Respondent.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles de novo. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I conclude that the R and R is correct.

1 - ORDER

Magistrate Judge Clarke's Report and Recommendation (#19) is adopted. The petition (#1) is denied and the proceeding is dismissed without prejudice.

IT IS SO ORDERED.

DATED this __3__ day of February, 2012.

*Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER